FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

DANIEL HANSEN,

          Plaintiff,

vs.

ROBINSON NEVADA MINING COMPANY,

          Defendant.

Case No. 2:13–cv–750–JCM–VCF

**ORDER**

      Before the court is Plaintiff Daniel Hansen's Motion to Stay Execution Upon Amended Bill of Costs Pursuant to Federal Rule Civil Procedure 62(d) (#48). Defendant filed a Response (#49). For the reasons stated below, Hansen's motion is granted in part and denied in part.

      Costs have not yet been taxed. The request for a stay is therefore premature. No timely objection having been filed, the Clerk will enter the bill of costs as submitted and make an insertion of the costs into the docket and the judgment (#42). *See* LR 54-13(b)(1).

      Pursuant to Rule 62(a), no execution may issue on the costs inserted in the judgment until fourteen (14) days after the clerk enters the bill of costs as submitted and makes an insertion of the costs into the docket and the judgment. If plaintiff posts a supersedeas bond in the amount of costs taxed, execution will be stayed pending the outcome of the appeal, pursuant to Rule 62(d).

      ACCORDINGLY, and for good cause shown,

      IT IS ORDERED that execution is stayed for 14 days after costs are taxed by the clerk and, will be further stayed if plaintiff timely posts a supersedeas bond in the amount of costs taxed. The stay will remain in effect unless, on motion by the defendant, the court disapproves the bond.

IT IS SO ORDERED.

DATED this 22th day of August, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE